To: Clerk, US District Court (S.D. NY)

re: REQUEST TO PROCEED IN FORMA PAUPERIS

**17CV541**

I have less than $20 in my prison account.

I can send you a prison account statement verifying this, but I have not been able to get one from my Counselor yet.

Also the prison law library did NOT have any §2241 IFP forms.

Please send me the appropriate forms and my case number and I'll send them back ASAP.

Respectfully,

19 January 2017    Chris Withall, pro se
#08964036 (FCI Otisville)
PO Box 1000
Otisville NY 10963-1000

RECEIVED
SDNY PRO SE OFFICE
2017 JAN 24  AM 11:34